IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50167
Summary Calendar
_____


RUBY STEEN,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF
SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-97-CV-142
- - - - - - - - - -
September 17, 1998

Before POLITZ, Chief Judge, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ruby Steen appeals the district court's judgment affirming the decision of the Commissioner of Social Security denying her claim for disability insurance benefits and supplemental security income. She argues that the district court and the Commissioner failed to apply the correct legal standards in reviewing her case and that the Commissioner's decision is not supported by substantial evidence.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After careful review of the record and the arguments, we hold that the district court's and the Commissioner's decisions that Steen was "not disabled" are consistent with applicable legal standards and are supported by substantial evidence.  See Bowling v. Shalala, 36 F.3d 431, 436 (5th Cir. 1994); Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992).

AFFIRMED.